IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division
CHAPTER 13

IN Re:    Lorraine Elizabeth White                          Case No: 00-16-33577
          Debtor

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(d), the Chapter 13 Trustee files Notice that the amount required to cure the default in the claim following has been paid in full.

Name and Address of Creditor:

SN SERVICING CORPORATION
323 FIFTH STREET
EUREKA, CA 95501

**Court claim No.** <u>10</u>
<u>1916</u>

**Last four digits** of any number used to identify the debtor's account:

**Final Cure Amount:**
Amount of Prepetition Arrears:          $5,380.78
Amount Paid by Trustee:                 $5,380.78

**Monthly Ongoing Mortgage Payment Is Paid:**
__ Through Chapter 13 Office
 X  Directly By Debtor

Within 21 days of the service of this Notice, the creditor must file and serve on the debtor, debtor's counsel and the Trustee, pursuant to Fed. Bankruptcy Rule 3002.1(e), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with §1322(b)(5), the debtor is otherwise current on all payments or be subject to further action of the court including possible sanctions.

**Dated:** <u>November 05, 2021</u>

/s/ Suzanne E. Wade
Suzanne E. Wade, Chapter 13 Trustee

Certificate Of Service

The Trustee does hereby certify that she has served on the mortgage creditor, debtor and debtor's counsel, a copy of this Notice, by first-class mail on the date above written.

/s/ Suzanne E. Wade
Suzanne E. Wade, Chapter 13 Trustee